UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DESHAWN L. THOMAS,<br><br>               Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>               Respondents. | Case No. 2:18-cv-00020-GMN-PAL<br><br>ORDER |

On April 18, 2018, this court denied § 2254 petitioner Deshawn L. Thomas' application to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within thirty days (ECF No. 4). More than the allotted time has elapsed, and Thomas has not paid the filing fee nor contacted the court in any way. Accordingly, the petition shall be dismissed without prejudice for failure to comply with this court's order to pay the filing fee.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the habeas petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF NO. 2) is **DENIED** as moot.

1

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 19 June 2018.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT