UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESHAWN L. THOMAS,<br><br>　　　　　　Petitioner,<br>　　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　Respondents. | Case No. 2:18-cv-00020-GMN-EJY<br><br>ORDER |

This 28 U.S.C. § 2254 habeas corpus petition is before the court on several unopposed motions for extension of time.  Good cause appearing,

**IT IS ORDERED** that petitioner's first, second, third, and fourth motions for extension of time to file a second-amended petition ECF Nos. 29, 30, 31, 32) are all **GRANTED** *nunc pro tunc*.

DATED: 31 August 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE