UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DESHAWN L. THOMAS,

                  Petitioner,

   v.

BRIAN WILLIAMS, et al.,

               Respondents.

Case No. 2:18-cv-00020-GMN-EJY

ORDER

This 28 U.S.C. § 2254 habeas corpus petition is before the court on unopposed motions for extension of time by both parties.  Good cause appearing,

     **IT IS ORDERED** that petitioner's motion for extension of time to file an opposition to the motion to dismiss (ECF No. 43) is **GRANTED** *nunc pro tunc*.

     **IT IS FURTHER ORDERED** that respondents' motion for extension of time to file a reply in support of their motion to dismiss (ECF No. 46) is **GRANTED**. The court is highly unlikely, absent extraordinary circumstances, to grant any further extensions of time.

     DATED: 14 February 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1