UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESHAWN L. THOMAS,<br><br>　　　　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:18-cv-00020-GMN-EJY<br><br>ORDER |

This 28 U.S.C. § 2254 habeas corpus petition is before the court on respondents' unopposed motion for extension of time (ECF No. 48). Counsel for respondents has included a declaration that demonstrates that extraordinary circumstances exist that warrant an additional extension of time. Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time to file a reply in support of their motion to dismiss (ECF No. 48) is **GRANTED**. Respondents must file their reply on or before April 1, 2022.

DATED: 17 February 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE