UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESHAWN L. THOMAS,<br><br>Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:18-cv-00020-GMN-EJY<br><br>ORDER |

This 28 U.S.C. § 2254 habeas corpus petition is before the court on respondents' unopposed motion for extension of time (ECF No. 50). Good cause appearing, the motion is granted. The court is highly unlikely to grant any further extension, absent extraordinary circumstances.

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time to file a reply in support of their motion to dismiss (ECF No. 50) is **GRANTED**. **The deadline to file the reply is May 16, 2022**.

DATED: 4 April 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE