# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DESHAWN L. THOMAS,<br><br>    Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, *et al*.,<br><br>    Respondents. | Case No.: 2:18-cv-00020-GMN-EJY<br><br>**Order Granting Motion to Reopen Case**<br><br>(ECF No. 58) |

In May 2022, this Court granted a stay and administratively closed Deshawn L. Thomas's 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 55.) Thomas's further state-court proceedings have concluded, and he has now returned to this Court seeking to reopen this case. (ECF No. 58.) Respondents indicate that they do not oppose the Motion. (ECF No. 59). Good cause appearing, this action is reopened.

It is therefore ordered that Petitioner's Motion to Reopen Case **(ECF No. 58) is GRANTED**.

It is further ordered that Petitioner has **90 days** from the date of this Order to FILE AND SERVE on Respondents a Fourth-Amended Petition for Writ of Habeas Corpus.

It is further ordered that Respondents file a response to the Fourth-Amended Petition within **60 days** of service of the Petition, with any requests for relief by Petitioner by motion otherwise being subject to the normal briefing schedule under the Local Rules.

It is further ordered that Petitioner has **45 days** from service of the response to file a Reply or Opposition, with any other requests for relief by Respondents by motion otherwise being subject to the normal briefing schedule under the Local Rules.

DATED: 24 April 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE