UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESHAWN L. THOMAS,<br><br>                     Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>                     Respondents. | Case No. 2:18-cv-00020-GMN-EJY<br><br>Order Granting Extension to File Response to Fourth Amended Petition to November 19, 2024<br><br>(ECF No. 64) |

       Deshawn L. Thomas' 28 U.S.C. § 2254 Fourth Amended Habeas Corpus Petition is before the Court on Respondents' unopposed Motion for Extension of Time to file a response to Petition. (ECF No. 64). Good cause appearing,

       IT IS THEREFORE ORDERED that Respondents' Motion for Extension of Time to file a response to the Petition **(ECF No. 64) is GRANTED**. **The deadline to respond is extended to November 19, 2024**.

       DATED: September 10 2024.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1