UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESHAWN L. THOMAS,<br><br>　　　　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:18-cv-00020-GMN-EJY<br><br>Order Granting Extension to Oppose Motion to Dismiss to February 28, 2025<br><br>(ECF No. 64) |

　　　Petitioner Deshawn L. Thomas asks the Court for an extension to file an opposition to Respondents' Motion to Dismiss his 28 U.S.C. § 2254 Fourth Amended Habeas Corpus Petition. (ECF No. 68).  Good cause appearing,

　　　IT IS THEREFORE ORDERED that Petitioner's unopposed Motion for Extension of Time to file an opposition to the Motion to Dismiss **(ECF No. 68) is GRANTED** *nunc pro tunc*. **The deadline to oppose is extended to February 28, 2025**.


DATED: 3 January 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE