# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| DESHAWN L. THOMAS,<br><br>        Petitioner,<br> v.<br>BRIAN WILLIAMS, et al.,<br><br>        Respondents. | Case No. 2:18-cv-00020-GMN-EJY<br><br>Order Granting Motion for Leave to File Excess Pages and Granting Extension to Reply in Support of Motion to Dismiss to April 21, 2025<br><br>(ECF Nos. 71, 72) |

  Along with his 40-page opposition to Respondents' Motion to Dismiss, 28 U.S.C. § 2254 Habeas Corpus Petitioner Deshawn L. Thomas filed a Motion for Leave to Exceed the 30-page limit. (ECF No. 71.) The Court notes that, apart from the table of contents and table of authorities, the opposition is only eight pages over the limit. Thomas' counsel, the Federal Public Defender, explains that she needed to respond to arguments raised by Respondents including timeliness, exhaustion, and procedural default of numerous claims. She explains that several arguments in the opposition are heavily fact-based and require lengthy responses and that she has spent a great deal of time editing the opposition for brevity. While generally the Court disfavors motions to exceed page limits (*see* LSR 3-2(c)), I grant leave to exceed the limit by several pages.

  Respondents also ask the Court for an extension to file a reply in support of the Motion to Dismiss. (ECF No. 71). Good cause appearing, the motion is granted.

IT IS THEREFORE ORDERED that Petitioner's Motion for Leave to Exceed Page Limit **(ECF No. 71) is GRANTED**.

IT IS FURTHER ORDERED that Respondents' Motion for Extension of Time to file a reply in support of the Motion to Dismiss **(ECF No. 72) is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to April 21, 2025**.

DATED: 10 March 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE