UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESHAWN L. THOMAS,<br><br>　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　Respondents. | Case No. 2:18-cv-00020-GMN-EJY<br><br>Order Granting Extension of Time to File Answer to November 17, 2025<br><br>(ECF No. 77) |

Respondents ask the Court for an extension to file an answer to the remaining claims in Deshawn L. Thomas's 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 77.) Good cause appearing, the motion is granted.

It is therefore Ordered that Respondents' Motion for Extension of Time to file an answer to the Petition **(ECF No. 77) is GRANTED *nunc pro tunc*. The deadline to answer is extended to November 17, 2025**.

DATED: 7 October 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1