1

2

3                     UNITED STATES DISTRICT COURT

4                          DISTRICT OF NEVADA

5    DESHAWN THOMAS,                         Case No. 2:18-cv-00020-GMN-EJY

6                               Petitioner,
          v.                                            ORDER
7
     CHARLES DANIEL, *et al*.,
8
                               Respondents.
9

10         Respondents seek an extension of time to file their Answer to Petitioner Duston Miller's

11   Petition. ECF Nos. 79, 81.  The Court finds that the requests are made in good faith and not solely

12   for the purpose of delay, and therefore, good cause exists to grant the Motions.

13         It is therefore ordered that Respondents' second Motion for Extension of Time (ECF No.

14   79) is GRANTED *nunc pro tunc*.

15         It is further ordered that Respondents' first Motion for Extension of Time (ECF No. 81) is

16   GRANTED.  Respondents have until January 16, 2026, to file their Answer.

17         DATED:       January 9, 2026

18

19                                          _____
                                            GLORIA M. NAVARRO
20                                          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                               1